# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

KIMBERLY A. RIPOLI,
    Plaintiff,

    v.

                                         C.A. No. 17-225 JJM

STATE OF RHODE ISLAND,
DEPARTMENT OF HUMAN
SERVICES, OFFICE OF VETERANS
AFFAIRS,
    Defendants.

## **JUDGMENT**

[   ]  Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ **X** ]  Decision by the Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.


IT IS ORDERED AND ADJUDGED:

    Judgment hereby enters for the Defendants State of Rhode Island, Department of Human Services, Office of Veterans Affairs and against Plaintiff Kimberly A. Ripoli pursuant to the Memorandum and Order entered on November 16th, 2023 by this Court.


                                     Enter:

                                     /s/ Ryan H. Jackson
                                     Deputy Clerk


Dated: November 16, 2023