# United States Court of Appeals
## For the First Circuit

_____

No. 23-1970

KIMBERLY A. RIPOLI,

Plaintiff, Appellant,

v.

STATE OF RHODE ISLAND DEPARTMENT OF HUMAN SERVICES, OFFICE OF VETERANS SERVICES,

Defendant, Appellee.

_____

**JUDGMENT**

Entered: December 16, 2024

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's judgment is vacated in part and affirmed in part, and the matter is remanded for the entry of a revised judgment and for further proceedings consistent with the opinion issued this day. Costs shall be taxed in favor of the appellant.


By the Court:

Anastasia Dubrovsky, Clerk


cc: Hon. John J. McConnell, Hanorah Tyer-Witek, Clerk, United States District Court for the District of Rhode Island, Chip Muller, Brenda D. Baum, Natalya A. Buckler, Katherine Connolly Sadeck, Paul Timothy James Meosky